JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 2:24-cv-08475-SSS-SPx | Date | May 20, 2026 |
|---|---|---|---|

| Title | *Jonathan Sheil v. Brooklyn Bedding LLC* |
|---|---|

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE WITHOUT PREJUDICE**

The Court is in receipt of Plaintiff Jonathan Sheil's Brief on the *Diaz* factors. [Dkt. No. 56].  Finding that dismissal of the case is not collusive or prejudicial to the putative class and that no notice to the class members is required, the Court **GRANTS** the parties' Joint Stipulation, [Dkt. No. 54], and **DISMISSES** the case. The Court directs the Clerk to close the case.  (JS-6)

**IT IS SO ORDERED.**